**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                    CASE NO.  3:05cr118-02/RV

WILLIAM HENRY DUDLEY

**REFERRAL AND ORDER**

Referred to Senior Judge Roger Vinson on   January 5, 2006
Motion/Pleadings:   MOTION to Suppress Evidence/Search of Hotel Room
Filed by   Defendant   on 12/30/2005   Doc.#   33

RESPONSES:
United States   on   1/5/2006   Doc.#   35
                                   on   Doc.#

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

                                s/Jerry Marbut
LC (1 OR 2)                    Deputy Clerk: Jerry Marbut

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this  5th   day of January , 2006, that:*

*(a) The relief requested is DENIED.*
*(b) See Record of Hearing this date*

                                               /s/ *Roger Vinson*
                                               *ROGER VINSON*
                                       *United States District Judge*