IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 3:05cr118/RV
  3:07cv292/RV/MD

WILLIAM HENRY DUDLEY
_____

**O R D E R**

Defendant has filed a motion to vacate, set aside, or correct sentence by a person in federal custody pursuant to 28 U.S.C. § 2255 (doc. 106) and a motion to proceed *in forma pauperis* (doc. 107).

Accordingly, it is ORDERED:

1. Defendant's motion to proceed *in forma pauperis* (doc. 107) is denied as moot as there is no filing fee required in § 2255 cases.

2. The clerk of this court is directed to furnish a copy of this order and of the motion to vacate, set aside, or correct sentence to the Office of the United States Attorney for this district, which office shall have sixty (60) days from the date this order is entered on the docket in which to show cause, if any, why the relief requested should not be granted.

DONE AND ORDERED this 19th day of July, 2007.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE